

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DISTRICT

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| MICHAEL O. PICKENS | § | CASE NO. 16-40667 |
| | § | |
| Debtor. | § | |

### ORDER ALLOWING APPLICATION OF SINGER & LEVICK, P.C., SPECIAL COUNSEL FOR THE CHAPTER 7 TRUSTEE FOR ALLOWANCE OF COMPENSATION OF CONTINGENCY FEE AND REIMBURSEMENT OF EXPENSES

**CAME ON** for consideration the *First and Final Application for Allowance of Compensation of Contingency Fee and Reimbursement of Expenses* filed by Singer & Levick, P.C., Special Counsel for the Chapter 7 Trustee ("**Application**"), and the Court, finding that proper notice was given of the Application; that Singer & Levick, P.C. ("**Applicant**") was employed as special counsel on a contingency basis in the instant matter pursuant to 11 U.S.C. §328(a); that Applicant recovered One Hundred Twenty-One Thousand Two Hundred Fifty and 00/100ths Dollars ($121,250.00) in money for the Estate; that Applicant's actual and necessary expenses are Eight Thousand One Hundred Sixty-Four and 31/100ths Dollars ($8,164.31); and that Applicant it entitled to forty percent (40%) of the money recovered, plus its actual and necessary expenses, is of the opinion that the Application should be granted. It is, therefore,

**ORDERED, ADJUDGED and DECREED** that the *First and Final Application for Allowance of Compensation of Contingency Fee and Reimbursement of Expenses* filed by Applicant is hereby **GRANTED**; it is further

**ORDERED, ADJUDGED and DECREED** that Applicant's contingency fee in the amount of Forty-Eight Thousand Five Hundred and 00/100ths Dollars (**$48,500.00**) and expenses in the

amount of Eight Thousand One Hundred Sixty-Four and 31/100ths Dollars (**$8,164.31**) are hereby allowed; it is further

**ORDERED, ADJUDGED and DECREED** that the Trustee is directed to immediately pay to Singer & Levick, P.C. the sum of Fifty-Six Thousand Six Hundred Sixty-Four and 31/100ths Dollars (**$56,664.31**); and, finally, it is further

**ORDERED, ADJUDGED and DECREED** that this Court hereby retains jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation and/or enforcement of this Order.

**IT IS SO ORDERED.**

Signed on 1/10/2022

_Brenda T. Rhoades_ YM
HONORABLE BRENDA T. RHOADES,
CHIEF UNITED STATES BANKRUPTCY JUDGE